■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DILLON RICKMAN, Appellant. [958 NYS2d 905]—

Appeal by the defendant from a judgment of the Supreme Court, Kings County (Del Giudice, J.), rendered February 17, 2011, convicting him of robbery in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

A witness's trial testimony ordinarily may not be bolstered with pretrial statements (*see People v McDaniel*, 81 NY2d 10, 16 [1993]). However, evidence that a victim of sexual assault promptly complained about the incident is admissible to corroborate the allegation that an assault took place (*see id.* at 16). One limitation on the admissibility of such evidence is that "only the fact of a complaint, not its accompanying details, may be elicited" (*id.* at 17). Here, contrary to the defendant's contention, the complained-of testimony did not exceed the allowable level of detail (*see People v Bernardez*, 63 AD3d 1174, 1175 [2009]; *Matter of Christian V.*, 46 AD3d 831, 832 [2007]; *People v Salazar*, 234 AD2d 322 [1996]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Rivera, J.P., Dillon, Leventhal and Chambers, JJ., concur.